**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR04-99-02S** **June 3, 2005**

**TITLE: USA V. DAVID BATISTA**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 10:43 A.M. - 11:25 A.M.**

---

**COUNSEL PRESENT: Government - Mary Rogers, AUSA**
**Defendant - John Bevilacqua, Esquire**
**Probation - Michael Perry**

**<u>RE: Sentencing</u>**

**<u>Proceedings</u> - All counsel of record present; Defendant present; no objections to the PSR; Court accepts the PSR; Court imposes 9 months of incarceration as to Counts I and IV to be served concurrently with each other; 3 years S/R as to Counts I and IV to run concurrently with each other; While on S/R the defendant shall participate in a program for substance abuse which may include testing (up to 72 tests per year) as approved by the U.S. Probation Office; The defendant shall perform 20 hours of community service as directed by the Probation Office for every week not employed on a full-time basis and five (5) hours for every week employed on a full-time basis; no fine; $200.00 S/A; Court recommends to BOP that defendant be placed at FMC Devens; Court advises the defendant of his rights to file an appeal; Defendant to remain in custody.**