UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-99s |
| | ) | |
| DAVID BATISTA | ) | |

RECEIVED
AUG 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PRELIMINARY ORDER OF FORFEITURE

The parties having entered into a Consent Decree for Forfeiture of the sum of one hundred thousand dollars ($100,000) as a substitute for the forfeiture of the defendant's interest in his residence; it is hereby

ORDERED, ADJUDGED and DECREED

that pursuant to 21 U.S.C. § 853, all the right, title, and interest of the defendant, DAVID BATISTA, in and to the above property is hereby forfeited to the United States of America:

It is further

ORDERED, ADJUDGED, AND DECREED

as follows:

1. That the United States Marshal shall retain the above-referenced one hundred thousand dollars ($100,000), which has been paid by the defendant, in accordance with FED. R. CRIM. P. 32.2(b)(3) pending the further order of this court;

2. That pursuant to 21 U.S.C. § 853(n)(1), the United

States Marshal shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the above-referenced property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property and any additional facts supporting the petitioner's claim and the relief sought;

4. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property, as a substitute for published notice as to those persons so notified;

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Ordered this 1st day of August, 2005.

WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE

Presented By:

MARY E. ROGERS
Assistant U.S. Attorney

JOHN BEVILACQUA, ESQ.
Counsel for the Defendant