SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-99s |
| | ) | |
| DAVID BATISTA | ) | |

CONSENT DECREE FOR FORFEITURE

Now come the United States of America, by and through its attorneys, and DAVID BATISTA, individually and by and through his counsel, and agree and stipulate that the defendant, DAVID BATISTA, hereby knowingly and voluntarily forfeits to the United States of America all his right, title, and interest in and to the sum of one hundred thousand dollars ($100,000) as a substitute for the forfeiture of his interest in his residence. Said property was used by the defendant to facilitate the conspiracy to distribute marijuana alleged in Count One of the Indictment in violation of 21 U.S.C. § 846 making it subject to forfeiture pursuant to 21 U.S.C. § 853. The plea agreement entered into between the United States of America and the defendant, DAVID BATISTA, provides that the sum of one hundred thousand dollars ($100,000), which the defendant has paid to the United States Marshals Service, may be forfeited as a substitute for the forfeiture of his interest in said property.

SIGNED AND AGREED:

ROBERT CLARK CORRENTE
United States Attorney

DATE: 8-1-05

MARY E. ROGERS
Assistant U.S. Attorney

DATE: 7-28-05

DAVID BATISTA
Defendant

DATE: 7-28-05

JOHN BEVILACQUA, ESQ.
Counsel for the Defendant