U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Cr. No. 04-99S |
| DEFENDANT<br>David Batista | TYPE OF PROCESS<br>Notice |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Newspaper having a general circulation within

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
the District of Rhode Island -- Providence Journal

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. US Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish Notice of Forfeiture
once a week for three weeks
PROVIDENCE JOURNAL

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 8/4/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 20 | No. 20 | [signature] | 08/04/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address *(complete only if different than shown above)* | Date of Service<br>8/24/05 | Time am pm |
| | Signature of U.S. Marshal or Deputy<br>[signature] | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Advertisement – Prov Journal 8/12, 8/19, 8/26/05
Cost: $824.58

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

The Providence Journal Company
75 FOUNTAIN STREET
PROVIDENCE, RHODE ISLAND 02902

(401)277-7160 Inquiries
(401)277-7407 Payments

ADVERTISER'S
INVOICE AND STATEMENT

FEDERAL I.D.
06-1470361

| ACCOUNT NO. | INVOICE NO. | PAGE |
|---|---|---|
| 20926 | 445863 | 1 |
| DATE | ADVERTISERS CODE | |
| 08/31/05 | | |

U S MARSHALL PROVIDENCE
PO BOX 1524
303 FEDERAL BLDG
PROVIDENCE RI 02901

Verified by [signature]
PAYMENT TERMS: DUE BY 09/20/05

Date 9-13-05
05-DEA-447289

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C I | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 0731 | OPENING BALANCE | | | | | | 1,31001 | |
| mc | 0804 | PAYMENT RECEIVED -THANK YOU | | | | | | 1,31001- | |
| | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| 8B890050000812 | 0826 | PN BATISTA 0040 3 | 82 | | 33520 | 82458 | | 82458 | |
| | | PO # PN BATISTA | | | | | | | |

PAID KG IMPAC
9.15.2005
PCKS 87.1

| TOTAL DUE | 82458 |
|---|---|

CONTRACT INFORMATION (SEE REVERSE SIDE)

| TYPE | END DATE | THIS MONTH | TO DATE |
|---|---|---|---|
| | | | |

ENDING BALANCE BY MONTH

| | |
|---|---|
| AUG 05 | 82458 |

TO ASSURE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NO. | INVOICE NO. | PAGE | DATE |
|---|---|---|---|
| 20926 | 445863 | 1 | 08/31/05 |

PLEASE REMIT TO:

THE PROVIDENCE JOURNAL COMPANY
Box 81110
Woburn, MA 01813-1110

ENDING BALANCE BY MONTH

| | |
|---|---|
| AUG 05 | 82458 |
| | 82458 |

U S MARSHALL PROVIDENCE
PO BOX 1524
303 FEDERAL BLDG
PROVIDENCE RI 02901

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE: United States Marshals Service

DATE: 8/8/05

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN: The Providence Journal

SUBJECT OF ADVERTISEMENT: U.S. v. David Batista 05-DEA-447289

EDITION OF PAPER ADVERTISEMENT APPEARED: Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED: 3

DATE(s) ADVERTISEMENT APPEARED: 8/12/ 8/19 & 8/26/05

SPECIFICATIONS FOR ADVERTISEMENT

SEE COPY OF ADVERTISEMENT ATTACHED

T.S.'s

COPY FOR ADVERTISEMENT

PN Batista

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL [signature] | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC. D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 16, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

UNITED STATES MARSHALS SERVICE
P. O. BOX 1524
PROVIDENCE, RI 02901-1524

### IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

## NOTICE OF FORFEITURE

Notice is hereby given that on August 1, 2005, in the case of **United States v. David Batista**, CR. No. 04-099S, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America the sum of one hundred thousand dollars ($100,000) as a substitute for the forfeiture of the defendant's interest in his residence.

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal

**NOTICE OF FORFEITURE**

Notice is hereby given that on August 1, 2005, in the case of United States v. David Batista, CR. No. 04-099S, the United States District Court for the District of Rhode Island entered an Order condemning and forfeiting to the United States of America the sum of one hundred thousand dollars ($100,000) as a substitute for the forfeiture of the defendant's interest in his residence.

The United States hereby gives notice of its intention to dispose of the above-referenced property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title, or interest in the above-referenced property must file a petition with the Clerk at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th FL, Providence, Rhode Island 02903, within thirty (30) days of the final publication of this notice.

The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the above-referenced property, and any additional facts supporting the petitioner's claim and the relief sought.

BURTON STALLWOOD
United States Marshal