UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 04-99s
)
DAVID BATISTA )

FINAL ORDER OF FORFEITURE

WHEREAS, on August 1, 2005, this Court entered a Preliminary Order of Forfeiture with respect to the defendant's interest in one hundred thousand dollars ($100,000), which the defendant has paid to the United States Marshals Service as a substitute for the forfeiture of his interest in his residence;

AND WHEREAS, notice of this forfeiture action was published in the Providence Journal on August 12, 19, and 26, 2005 advising all third parties of their right to petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited currency;

AND WHEREAS, no third party has made any claim to or declared any interest in the above-described currency;

It is hereby

ORDERED, ADJUDGED and DECREED

That the one hundred thousand dollars ($100,000), which the defendant has paid to the United States Marshals Service as a substitute for the forfeiture of his interest in his

residence, is forfeited to the United States of America, and the United States Marshal is authorized to dispose of said currency according to law.

BY ORDER:

ENTER:

WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE
10/17/05