IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR. NO:04-CR-99S

DAVID BATISTA

**MOTION TO DISCHARGE BOND**

Now comes Sulay Martinez wife of the David Batista owner of the Property referred below and respectfully requests that this Honorable Court grant this Motion to discharge bond on the within property recorded in the land evidence records, City of Providence on February 1, 2005 Book 7076 Page 331.

Defendant's case was disposed of in Federal Court in this matter in which the Bond was posted as surety bail.

WHEREFORE, the Defendant prays that his Motion to Discharge Bond on the within Property be granted.

Sulay Martinez
(401) 270-5744
(401) 486-1106 (Cellular)

## CERTIFICATION

I hereby certify that a true copy of the within Motion was hand delivered to U.S. District Court, of Rhode Island, One Exchange Terrace, Providence RI 02903 and Mary ER. Rogers, Assistant U.S. Attorney, 50 Fleet Center 8th Floor Providence RI 02903 on this 19th day of June 2006

______________________________