IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 04-099S |
| | ) | |
| DAVID BATISTA | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISCHARGE BOND**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney, and advises the Court that it has no objection to Defendant's Motion to Discharge Bond on the property located at 48 McClellan Street, Providence, Rhode Island, recorded on the land evidence records, City of Providence on February 1, 2005 Book 7076 Page 331.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

## CERTIFICATION OF SERVICE

I hereby certify that on this 21st day of June, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defendant's Motion to Discharge Bond, to the following:

Sulay Martinez
48 McClellan Street
Providence, RI 02909