IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR. NO:04-CR-99S

DAVID BATISTA

RECEIVED
JUN 22 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION TO DISCHARGE BOND**

Now comes Sulay Martinez wife of the David Batista owner of the Property referred below and respectfully requests that this Honorable Court grant this Motion to discharge bond on the within property recorded in the land evidence records, City of Providence on February 1, 2005 Book 7076 Page 331.

Defendant's case was disposed of in Federal Court in this matter in which the Bond was posted as surety bail.

WHEREFORE, the Defendant prays that his Motion to Discharge Bond on the within Property be granted.

Sulay Martinez
(401) 270-5744
(401) 486-1106 (Cellular)

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ______
William E. Smith, District Judge
Date: 6/19/06

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
June 23, 2006