AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER: 1:04CR00099-25

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for DAVID BATISTA

I certify that I am admitted to practice in this court.

6/1/07
*Date*

[signature]
*Signature*

Joseph J Vouda 4132
*Print Name* *Bar Number*

454 BROADWAY
*Address*

PROV. R.I. 02909
*City* *State* *Zip Code*

751-3900 751-8983
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.