AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

David Batista

**WARRANT FOR ARREST**

CASE NUMBER: CR04-99-02S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest David Batista
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title 18 United States Code, Section(s) 3583(d)

Doreen L. Baldinelli
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Doreen Baldinelli
Signature of Issuing Officer

May 29, 2007
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Douglas Lumber, Smithfield RI | | |
| DATE RECEIVED 05 31 07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06 01 07 | Michael Wattik, DUSM | [signature] |