AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA

V.

David Batista

## EXHIBIT AND WITNESS LIST

Case Number: CR 04-99-02S

| PRESIDING JUDGE | ~~PLAINTIFF'S~~ Govt ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Mary Rogers | Joseph Voccola |
| ~~TRIAL~~ DATE (S) Violation Hearing 6-14-07 | COURT REPORTER — | COURTROOM DEPUTY Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6-14 | | | W-1 David Borrelli |
| 1 | | " | ✓ | ✓ | Conviction sheet |
| | A | " | ✓ | ✓ | Letter from Town of Johnston |
| | B | " | ✓ | ✓ | Letter from Douglas Lumber |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.