UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 04-99-02 S
:
DAVID BATISTA :

**ORDER**

Defendant David Batista is released on the same terms and conditions as set by the Court on June 1, 2007, and as stated in this Magistrate Judge's Report and Recommendation of June 22, 2007. See Report and Recommendation of 6/22/07 at 3 n.1. Defendant is subject to all standard conditions of supervision by the Probation Department, to include drug testing.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 22, 2007