IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Cr. No. 04-099-02S |
| | : | |
| DAVID BATISTA | : | |

GOVERNMENT'S OBJECTION TO THE
MAGISTRATE'S REPORT AND RECOMMENDATION

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby objects to the Magistrate's Report and Recommendation for the reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000
Fax: (401)709-5001
Mary.Rogers@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2007, I caused the United States Objection to the Magistrates Report and Recommendation and Accompanying Memorandum to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Joseph Vocolla, Esquire
454 Broadway
Providence, RI 02909

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000
Fax: (401)709-5001
Mary.Rogers@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Cr. No. 04-099-02S |
| | : | |
| DAVID BATISTA | : | |

GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

On June 22, 2007, United States Magistrate Judge David L. Martin issued a report and recommendation in the above-captioned matter recommending that the "Defendant be sentenced to a term of imprisonment for five (5) months and that such term be served in home confinement." The Court further recommended that "thereafter Defendant be on a term of supervised release for thirty-one (31) months." (Report and Recommendation, page 13). The Court recommended that the sentence be imposed on Count IV and that no sentence be imposed on Count I. (Report and Recommendation, page 13). The government objects on the grounds that such a sentence cannot be legally imposed. United States Sentencing Guidelines (U.S.S.G.) §7B1.3(c)(2), entitled Revocation of Probation or Supervised Release (Policy Statement), states as follows:

> Where the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, the minimum term may be satisfied

> by (A) a sentence of imprisonment; or (B) *a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to the schedule in §5C1.1(e), provided that at least one-half of the minimum term is satisfied by imprisonment.*

(Emphasis supplied)

The schedule set forth in U.S.S.G. §5C1.1(e) states as follows:

> (e) Schedule of Substitute Punishments:
>
> (1) One day of intermittent confinement in prison or jail for one day of imprisonment (each 24 hours of confinement is credited as one day of intermittent confinement, provided, however, that one day shall be credited for any calendar day during which the defendant is employed in the community and confined during all remaining hours);
>
> . . .
>
> (3) One day of home detention for one day of imprisonment.

Thus, the sentence of home confinement cannot be imposed as the sentence, but rather, must be imposed as a term of imprisonment that includes a term of supervised release that substitutes home confinement. U.S.S.G. §§ 7B1.3(c)(2) and 5C1.1(e). In other words, the sentence intended by the

Magistrate Judge could be imposed if the term of imprisonment imposed was the time served by the Defendant, and that terim of imprisonment were then followed by a term of supervised release, a condition of which would be home confinement for a set period.

The Magistrate's decision notes that it does not believe sufficient evidence was presented for it to make a determination as to the type of offense. The government requested at the violation hearing for an opportunity to provide additional information. The magistrate court denied the government's request. The government renews that request at this time.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000
Fax: (401)709-5001
Mary.Rogers@usdoj.gov

CERTIFICATION OF SERVICE

I hereby certify that on this 30th day of June, 2007, I caused the United States Objection to the Magistrates Report and Recommendation and Accompanying Memorandum to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Joseph Vocolla, Esquire
454 Broadway
Providence, RI 02909

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000
Fax: (401)709-5001
Mary.Rogers@usdoj.gov