IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. NO. 04-099-02s

DAVID BATISTA

**DEFENDANT'S OBEJCTION TO THE GOVERNMENT'S OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION**

Comes now the Defendant, by and through counsel, and hereby objects to the Government's Objection to the Magistrate's Report and Recommendation.

Respectfully submitted,

David Batista
By its Attorney

/s/Joseph J. Voccola, Esquire #4132
Joseph J. Voccola & Associates
454 Broadway
Providence RI 02909
(401) 751-3900
(401) 751-8983 (Fax)
sue@joevoccolalawoffices.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2007, caused the Defendant's Objection to the Governments Objection to the Magistrate's Report and Recommendation.

Electronic Notification

Mary E. Rogers
Assistant US Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/Joseph J. Voccola, Esquire #4132
Joseph J. Voccola & Associates
454 Broadway
Providence RI 02909
(401) 751-3900
(401) 751-8983 (Fax)
sue@joevoccolalawoffices.com

IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. NO. 04-099-02s

DAVID BATISTA

**<u>DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OBJECTION TO THE GOVERNMENT'S OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION</u>**

On June 22, 2007, United States Magistrate Judge David L. Martin issued a report and recommendation in the above-captioned matter recommending that the "Defendant be sentenced to a term of imprisonment for five (5) months and that such term be served in home confinement." The Court further recommended that "thereafter Defendant be on a term of supervised release for thirty-one (31) months". (Report and Recommendation, page 13). The Court recommended that the sentence be imposed on Count IV and that no sentence be imposed on Count I. (Report and Recommendation, page 13). The government objects on the ground that such a sentence cannot be legally imposed.

It is quite clear that the Magistrate Judge's intention was to spare the Defendant incarceration. The government cites sentencing guideline (U.S.S.G){7B1.3 (c), (2) entitled Revocation of Probation of Supervised Release (Policy Statement), however this section cited by the government discusses terms of imprisonment of *<u>more</u>* than six months and less than ten months (*emphasis*

*added)*. In the instant case, there is no imprisonment and the ordered home detention is a five month period. Moreover, an alternative reading of the unredacted report and recommendation of the Magistrate Judge could reasonably infer that a five 5 month period of "home confinement" is tantamount to a specific condition of the Defendant's total supervised release period.

Lastly, the government was afforded more than a sufficient amount of time to prepare for the probation violation hearing in question. The government rested its case in chief. Only after remarks were made by the Magistrate Judge did the government make a request to produce additional information. The government lacks the procedural standing to renew such a request.

Respectfully submitted,
David Batista
By its Attorney

/s/Joseph J. Voccola, Esquire #4132
Joseph J. Voccola & Associates
454 Broadway
Providence RI 02909
(401) 751-3900
(401) 751-8983 (Fax)
sue@joevoccolalawoffices.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2007, caused the Defendant's Objection to the Governments Objection to the Magistrate's Report and Recommendation.

Electronic Notification

Mary E. Rogers
Assistant US Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/Joseph J. Voccola, Esquire #4132
Joseph J. Voccola & Associates
454 Broadway
Providence RI 02909
(401) 751-3900
(401) 751-8983 (Fax)
sue@joevoccolalawoffices.com