IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Cr. No. 04-099-02S |
| | : | |
| DAVID BATISTA | : | |

MOTION BY GOVERNMENT TO CONTINUE
THE DEFENDANT'S FINAL HEARING ON REVOCATION OF SUPERVISED RELEASE

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby move for a continuance of the Defendant's Final Hearing on Revocation of Supervised Release, currently scheduled before this Court on August 2, 2007. The government's attorney will be out of State on business from July 30 to August 2, 2007, and will return on August 3, 2007. The Defendant has no objection to the government's motion for a continuance. The Defendant is not incarcerated pending this hearing.

This matter is a hearing regarding the status of the Defendant's supervised release, and therefore, the Speedy Trial Act is not implicated in this request for a continuance.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/S/MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATE OF E-FILING

On this 27th day of July, 2007, I caused the within Motion by the Government to Continue the Defendant's Final Hearing on Revocation of Supervised Release to be to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification
Joseph Vocolla, Esq.
454 Broadway
Providence, RI 02902

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Mary.Rogers@usdoj.gov