IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No.04-99S
)
)
DAVID BATISTA )

MOTION TO WITHDRAW
MOTION TO CONTINUE THE DEFENDANT'S
FINAL HEARING ON REVOCATION OF SUPERVISED RELEASE

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant United States Attorney, and moves to withdraw the Motion To Continue The Defendant's Final Hearing on Revocation of Supervised Release that was electronically filed on July 27, 2007. For grounds, the undersigned Assistant United States Attorney states that she will be returning to the office August 2, 2007, the date originally scheduled for the hearing.

s/ MARY E. ROGERS
MARY E. ROGERS
RI Bar #3107
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
mary.rogers@usdoj.gov

# CERTIFICATION

On this 30th day of July, 2007, I caused the within Motion To Withdraw Motion To Continue to be filed electronically and it is available for viewing and downloading from the ECF system.

Joseph J. Voccolla, Esq.
Joseph J. Voccolla, Esq. & Associates
454 Broadway
Providence, RI 02909

/s/ MARY E. ROGERS
MARY E. ROGERS
RI Bar #3107
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
mary.rogers@usdoj.gov