IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : C.R. NO.: 1:04CR00099-02S
:
DAVID BATISTA :

MOTION TO RETURN BAIL MONEY

Now comes the Defendant, David Batista as well as the surety for the Defendant, Sular Martinez Batista, 29 Almond Drive Johnston, RI 02919 and respectfully requests that His Honor, Magistrate Judge Martin, return $1,000 cash bail that was posted with respect to the above-captioned matter on June 1st, 2007. The State did not request the Defendant's bail to be forfeited due to the fact Defendant neither willingly nor intentionally missed any court dates. Thus, Magistrate Judge Martin did not order the bail in the instant matter to be forfeited.

WHEREFORE, the Defendant prays that his Motion to Return Bail Money be granted.

Sular Martinez Batista (Pro-Se)
29 Almond Drive
Johnston, RI 02919
(401) 480-1106

# CERTIFICATION

I hereby certify that a true copy of the within Motion was hand-delivered to the United States District Court, District of Rhode Island, Office of the Clerk, One Exchange Terrace Providence, RI 02903 and to Mary E. Rogers, Assistant U.S. Attorney, 50 Kennedy Plaza 8th Floor Providence, RI 02903 on this 30th day of November 2007.