UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 04-99-02 S
:
DAVID BATISTA :

**ORDER GRANTING**
**MOTION TO RETURN BAIL MONEY**

Before the Court is the Motion to Return Bail Money (Document ("Doc.") #85) ("Motion") filed by Defendant David Batista ("Defendant"). The Government having no objection, the Motion is GRANTED.

The $1,000 cash bail that was posted on June 1, 2007, shall be returned to Defendant's surety, Sular Martinez Batista
A .9.

S REDACTED

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 5, 2007